IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT C. HORCH
and LOIS HORCH,

        Plaintiffs,

v.

3M COMPANY, *et al.*,

        Defendants.               Case No. 14-cv-217-DRH

## ORDER

**HERNDON, Chief Judge:**

      The undersigned judge hereby **RECUSES** himself from all further proceedings in this case. All district judges available for civil assignment in this district have recused from this case. Thus, the undersigned chief judge hereby **REASSIGNS** this case to Magistrate Judge Stephen C. Williams to serve as presiding judge. Therefore, all further pleadings shall contain cause number **14-cv-217-SCW-PMF.**

      Should any party to object to this assignment, they must notify the undersigned by **March 4, 2014**. The Court further informs the parties that should any party object to Magistrate Judge Williams's assignment as presiding judge, an out-of-district judge shall be assigned. However, Judge Williams shall preside in the interim.

      **IT IS SO ORDERED.**

      **DATED:** February 18, 2014

Digitally signed by
David R. Herndon
Date: 2014.02.18
13:12:42 -06'00'

                                                          **CHIEF JUDGE**
                                                          **U.S. DISTRICT COURT**